**WESLEY M. MULLEN**                                               **MULLEN P.C.**
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

April 29, 2020

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

<u>VIA CM/ECF</u>

      Re:    <u>Dominguez v. Bury the Hatchet Holdings, LLC</u>,
               No. 19 CV 11939

Your Honor,

I represent Defendant Bury the Hatchet Holdings, LLC in this case.

Pursuant to Rule I.G of the Court's Individual Rules and Practices, I write to request that Defendant's time to respond to the Complaint be extended by fourteen days from today, April 29, 2020 to May 13, 2020.

The reason for the extension is that the parties have reached a settlement in principle and require additional time to finalize definitive documentation.  The ordinary pace of settlement progress has been slowed by the pandemic.

The original answer date was February 15, 2020. Three prior requests to extend this deadline were granted.  (ECF Docs. 8, 10, 12.)

Mr. Zeller, counsel for Plaintiff, consented to this request.

Respectfully,


Wesley M. Mullen

cc:   All counsel of record (via CM/ECF and email)
      Patrick Lucas, Esq. (via email to plucas@taylorenglish.com)
      Alisa Cleek, Esq. (via email to acleek@taylorenglish.com)

WMULLEN@MULLENPC.COM | (646) 632-3718