LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

May 12, 2020

**VIA ECF**

Hon. Vernon S. Broderick, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Dominguez v. Bury The Hatchet Holdings, LLC*, 19 CV 11939

Dear Judge Broderick:

      This firm represents the plaintiff in the above-referenced action. The parties have settled this matter and finalized a form of the agreement. The plaintiff, with defendants' consent, moves for a stay of all deadlines for 30 days while the parties obtain execution of the agreement.

      I thank the Court for its time and consideration.

Respectfully submitted,

John M. Gurrieri