UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                   :

YOVANNY DOMINGUEZ,                  :
*for himself and on behalf of all other persons*  :
*similarly situated*,                  :

                                                   :         19-CV-11939 (VSB)

                              Plaintiff,   :

                                                   :                 **ORDER**

            -against-             :

                                                   :

BURY THE HATCHET HOLDINGS, LLC,  :

                                                 :

                             Defendant.   :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  May 13, 2020
       New York, New York

Vernon S. Broderick
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/13/2020